**Hercules PIERRE, Plaintiff–Appellant,**

v.

**FEDERAL CORRECTIONAL INSTITUTE, Estill; Gary Ford, Employee; G. Marck; Steven J. Gal, Defendants–Appellees.**

No. 04–6833.

United States Court of Appeals,
Fourth Circuit.

Submitted: Sept. 22, 2004.

Decided: Oct. 12, 2004.

Hercules Pierre, Appellant pro se.

Barbara Murcier Bowens, Office of the United States Attorney, Columbia, South Carolina, for Appellees.

Before GREGORY and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Hercules Pierre appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his *Bivens* * complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Pierre v. Federal Correctional Inst.,* No. CA–03–308–3–10BC (D.S.C. Mar. 31, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*

---

* *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics,* 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971)